IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   5:24-CR-311 (GTS) |
| | ) |
| **v.** | ) **Information** |
| | ) |
| **JOSE EZEQUIEL REYES-ACOSTA,** | ) Violations:   8 U.S.C. § 1326(a) & (b)(2) |
| **aka** | ) [Illegal Re-entry] |
| **NARCISCO BALTAZAR MAGANA,** | ) |
| | ) 18 U.S.C. § 1015(e) |
| **Defendant.** | ) [False Claim of United States |
| | ) Citizenship to Obtain Federal |
| | ) or State Benefit or Service] |
| | ) |
| | ) 18 U.S.C. § 1028A(a)(1) |
| | ) [Aggravated Identity Theft] |
| | ) |
| | ) 3 Counts |
| | ) |
| | ) County of Offense:   Oneida |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Illegal Re-entry]

On or about February 15, 2024, in Oneida County in the Northern District of New York, and elsewhere, the defendant, **JOSE REYES-ACOSTA aka NARCISCO BALTAZAR MAGANA**, an alien, native and citizen of El Salvador, who had been removed from the United States, thereafter was found in the United States near Utica, New York, without having obtained the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission in violation of Title 8, United States Code, Section 1326(a). That removal was subsequent to a conviction for the commission of an aggravated felony, in violation of Title 8, United States Code, Section 1326(b)(2).

## COUNT 2
### [**False Claim of United States Citizenship to Obtain Federal or State Benefit or Service**]

On or about August 22, 2023, in Oneida County in the Northern District of New York, the defendant, **JOSE REYES-ACOSTA aka NARCISCO BALTAZAR MAGANA**, a citizen of El Salvador and an alien in the United States, knowingly made a false statement and claim that he was a citizen and national of the United States, with the intent to obtain on behalf of himself any Federal or State benefit or service, namely, a New York state identification card, in violation of Title 18, United States Code, Section 1015(e).

## COUNT 3
### [**Aggravated Identity Theft**]

On or about August 22, 2023, in Oneida County in the Northern District of New York, the defendant, **JOSE REYES-ACOSTA aka NARCISCO BALTAZAR MAGANA**, during and in relation to a felony violation contained in Chapter 47 of Title 18 of the United States Code, that is, a violation of Title 18, United States Code, Section 1015(e) (False Claim of United States Citizenship to Obtain Federal or State Benefit or Service), knowingly transferred, possessed, and used, without lawful authority, means of identification of another person, that is, Person A's name, date of birth, and social security number, in violation of Title 18, United States Code, Section 1028A(a)(1).

Dated: August 7, 2024

CARLA B. FREEDMAN
United States Attorney

By: _____

Benjamin A. Gillis
Assistant United States Attorney
Bar Roll No. 704915

2